DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

KENNETH RAY BRABHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1729

———————————————

September 1, 2023

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender and Steven L. Bolotin, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, LUCAS, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.